UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kimberly Crosson

    v.                                                                       Case No. 25-cv-117-SE-TSM

St. Vincent De'Paul Organization, et al

## ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated May 30, 2025. For the reasons explained therein, this case is dismissed without prejudice. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk shall enter judgment and close this case.

_____
Samantha D. Elliott
United States District Judge

Date: July 10, 2025

cc:     Kimberly Crosson, pro se